IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

NELSON JEFFERSON,

    Plaintiff,

vs.                                      CASE NO. CV-14-J-367-NE

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

    Defendants.

## ORDER

The court having been informed that this case has been amicably resolved,

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this the 29th day of April, 2015.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE