# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

NELSON JEFFERSON,

    Plaintiff,

vs.                                                                                    CASE NO. CV-14-J-367-NE

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

Plaintiff and defendant Equifax Information Services, LLC, having filed a joint stipulation of dismissal (doc. 47) and the court having considered said stipulation and being of the opinion the same is due to be approved;

It is therefore **ORDERED** by the court that said stipulation be and hereby is **APPROVED.** Plaintiff's claims against defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs.

**DONE** and **ORDERED** this the 12th day of May, 2015.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE